No. 680. GUZIK *v.* UNITED STATES. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Seventh Circuit denied. *Messrs. Wm. F. Waugh* and *Louis S. Posner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Carlton Fox* for the United States.